Ray H. Jones, Plaintiff-Appellant, v. Local #179, International Hodcarriers, Building and Common Laborer's Union of America, Defendant-Appellee.

Gen. No. 64–20. <span style="background:black;color:black"></span>

Fifth District.

June 30, 1964.

Ray H. Jones, pro se, of Edwardsville, appellant; Durr & Durr, of Edwardsville, for appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.